**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF NORTH CAROLINA

Case number *(if known)* _____    Chapter __11__

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy          06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **USA RV, LLC** | |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **46-3243496** | |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **5317 Fayetteville Road Raleigh, NC 27603** | **1708 Honeysuckle Road Raleigh, NC 27609** |
| | | Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Wake** | **Location of principal assets, if different from principal place of business** |
| | | County | |
| | | | Number, Street, City, State & ZIP Code |

| | | | |
|---|---|---|---|
| 5. | **Debtor's website** (URL) | **www.usarv.camp** | |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

| Debtor | **USA RV, LLC** | | Case number (*if known*) | |
|---|---|---|---|---|
| | Name | | | |

**7.** **Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____4412____

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | District | When | Case number | |
|---|---|---|---|---|
| | District _____ | When _____ | Case number _____ | |
| | District _____ | When _____ | Case number _____ | |

Debtor    **USA RV, LLC**                                                    Case number (*if known*)
_____Name_____

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | |
|---|---|---|
| Debtor _____ | | Relationship _____ |
| District _____ | When _____ | Case number, if known _____ |

**11.** **Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency _____

Contact name _____

Phone _____

---

███  **Statistical and administrative information**

**13.** **Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.** **Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15.** **Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16.** **Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

---

Debtor    **USA RV, LLC**
Name

Case number (*if known*)

☐ $50,001 - $100,000         ☐ $10,000,001 - $50  million        ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000        ☐ $50,000,001 - $100 million        ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million      ☐ $100,000,001 - $500 million       ☐ More than $50 billion

Debtor    **USA RV, LLC**                                                  Case number (*if known*)
Name

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **January  1, 2024**
MM / DD / YYYY

**X** **/s/ David W. Hall**                                    **David W. Hall**
Signature of authorized representative of debtor              Printed name

Title    **Member**

---

**18. Signature of attorney**

**X** **/s/ Danny Bradford**                      Date    **January  1, 2024**
Signature of attorney for debtor                           MM / DD / YYYY

**Danny Bradford 23011**
Printed name

**Paul D. Bradford, PLLC**
Firm name

**455 Swiftside Drive**
**Suite 106**
**Cary, NC 27518-7198**
Number, Street, City, State & ZIP Code

Contact phone    **(919)758-8879**         Email address    **dbradford@bradford-law.com**

**23011 NC**
Bar number and State

**Fill in this information to identify the case:**

Debtor name **USA RV, LLC**

United States Bankruptcy Court for the: EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **January 1, 2024**    X **/s/ David W. Hall**
Signature of individual signing on behalf of debtor

**David W. Hall**
Printed name

**Member**
Position or relationship to debtor

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | USA RV, LLC |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF NORTH CAROLINA |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Able Fence Builders, Inc. PO Box 14515 Greensboro, NC 27415 | | Chain link fencing. | | | | $7,308.00 |
| Cintas Corporation PO Box 12359 Durham, NC 27709 | | Business services. | Disputed | | | $21,842.28 |
| Curtis Media Group 3012 Highwoods Boulevard Suite 200 Raleigh, NC 27604 | | Radio advertising. Includes acct endind in 4117 and 4145. | | | | $14,806.50 |
| David W. Hall, Jr. 1709 Honeysuckle Road Raleigh, NC 27609 | | Unsecured loan. | | | | $130,598.00 |
| Erie Insurance 100 Erie Insurance Place Erie, PA 16530 | | Insurance premiums/penalties. | Disputed | | | $10,350.00 |
| Ford Credit National Bankruptcy Service Center PO Box 62180 Colorado Springs, CO 80962 | | 2022 Ford F-250 truck. | | $63,061.63 | $56,696.00 | $6,365.63 |
| Janice Rosenberg 708 Pebblebrook Drive Raleigh, NC 27609 | | Unsecured loan. | | | | $20,500.00 |
| JPMorgan Chase PO Box 15298 Wilmington, DE 19850-5298 | | Credit card purchases. | | | | $39,472.71 |

Debtor  **USA RV, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| JPMorgan Chase PO Box 15298 Wilmington, DE 19850-5298 | | Credit card purchases. | | | | $28,539.62 |
| JPMorgan Chase Bank, N.A. C/O Nat'l Bankruptcy Services, LLC PO Box 9013 Addison, TX 75001 | | Deficiency balance on repossessed 2022 Chevrolet Silverado 2500. | | | | $11,554.84 |
| JPMorgan Chase Ink PO Box 15298 Wilmington, DE 19850-5298 | | Credit card purchases. | | | | $27,351.09 |
| Network South, Inc. PO Box 896872 Charlotte, NC 28289-6872 | | Past due bill for security services. | | | | $9,222.39 |
| Newfound Rentals, LLC PO Box 905 Houston, TX 77001-0905 | | 12' x 24' carport. | | $26,801.46 | $15,000.00 | $11,801.46 |
| Northpoint Commercial Finance 1105 Lakeview Parkway Suite 210 Alpharetta, GA 30009 | | Consent Judgment balance of old floorplan loan.  All assets other than titled vehicles and deposit accounts. | | $910,000.00 | $98,249.34 | $910,000.00 |
| PHMG 401 N. Michigan Ave. Chicago, IL 60611 | | Advertising services. | | | | $10,587.01 |
| Protective Asset Protection PO Box 830633 Birmingham, AL 35283-0633 | | Extended service contract program. | | | | $10,648.59 |
| Sheffield Financial A Division of Truist Bank PO Box 25127 Winston Salem, NC 27114 | | Deficiency balance on purchase of 2 golf carts, 2023 Club Car XRT and 2023 Club Car Onward HP with 4 passenger Onward Enclosure. | | | | $19,225.16 |

Debtor  **USA RV, LLC**
_____  Case number *(if known)* _____
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **SouthState Bank, N.A.**<br>**SBA Servicing**<br>**PO Box 118068**<br>**Charleston, SC 29423** | | **All assets of debtor other than titled vehicles and deposit accounts.** | | **$298,584.69** | **$98,249.34** | **$298,584.69** |
| **Tesla**<br>**45500 Freemont Boulevard**<br>**Fremont, CA 94538** | | **Lease arrears.** | | | | **$13,296.03** |
| **Wake County Tax Collector**<br>**PO Box 2331**<br>**Raleigh, NC 27602-2331** | | **Property taxes due under lease with Ash Grey Properties, LLC.** | | | | **$13,678.02** |

**Fill in this information to identify the case:**

Debtor name    **USA RV, LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 206Sum
### Summary of Assets and Liabilities for Non-Individuals                      12/15

| Part 1: | Summary of Assets |
|---|---|

1.  ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................................    $      **0.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*.............................................................................................    $      **2,850,847.94**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*..............................................................................................    $      **2,850,847.94**

| Part 2: | Summary of Liabilities |
|---|---|

2.  ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................    $      **4,046,595.79**

3.  ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*..........................................................    $      **13,678.02**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.................................    +$      **427,564.65**

4.  **Total liabilities** .................................................................................................................
    Lines 2 + 3a + 3b    $      **4,487,838.46**

**Fill in this information to identify the case:**

Debtor name    **USA RV, LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known)    _____

☐ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property    12/15

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:    Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

    ☐ No.  Go to Part 2.
    ■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| 2.    **Cash on hand** | **$794.00** |

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Fidelity Bank** | **Checking** | **8669** | **$106.80** |
| 3.2. | **Fidelity Bank** | **Checking** | **2393** | **$29,199.93** |
| 3.3. | **Fidelity Bank** | **Savings** | **4933** | **$3,528.10** |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| | **$33,628.83** |
|---|---|

**Part 2:    Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

    ☐ No.  Go to Part 3.
    ■ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**

Debtor **USA RV, LLC**  
Name

Case number *(If known)* _____

Description, including name of holder of deposit

| | | |
|---|---|---|
| 7.1. | **Security Deposit with Duke Progress Energy.** | $800.00 |

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

9. **Total of Part 2.** | $800.00
Add lines 7 through 8. Copy the total to line 81.

**Part 3:** Accounts receivable

10. **Does the debtor have any accounts receivable?**

■ No. Go to Part 4.
☐ Yes Fill in the information below.

**Part 4:** Investments

13. **Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:** Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| 20. **Work in progress** | | | | |
| 21. **Finished goods, including goods held for resale** **18 RVs and Camper units subject to AFC Floorplan.** | | $734,760.60 | Recent cost | $584,000.97 |
| **42 RVS and Camper units subject to the Wells Fargo floorplan.** | | $934,286.00 | Recent cost | $1,933,934.80 |
| 22. **Other inventory or supplies** **Parts inventory.  Cost basis used for value.** | | Unknown | Recent cost | $72,549.34 |

23. **Total of Part 5.** | $2,590,485.11
Add lines 19 through 22.  Copy the total to line 84.

24. **Is any of the property listed in Part 5 perishable?**

Debtor    **USA RV, LLC**                                        Case number *(If known)* _____
      Name

■ No
☐ Yes

25.  **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
   ■ No
   ☐ Yes. Book value _____ Valuation method _____ Current Value _____

26.  **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

**Part 6:**    **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

   ■ No.  Go to Part 7.
   ☐ Yes Fill in the information below.

**Part 7:**    **Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

   ☐ No.  Go to Part 8.
   ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture**<br>Desks and chairs. (11) | Unknown | Liquidation | $7,500.00 |
| 40. **Office fixtures**<br>Pictures and decorations. | Unknown | Liquidation | $300.00 |
| Racks, shelves and other fixtures. | $0.00 | Liquidation | $1,200.00 |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software**<br>Computers and other office equipment. | Unknown | Liquidation | $7,900.00 |
| 2 copiers, IMC3000LT Copier, Serial Number 3102R530477BW and IMC3000LT Copier, Serial Number 3102R530477Color. | $0.00 | Liquidation | $8,000.00 |

42.  **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.  **Total of Part 7.**
   Add lines 39 through 42.  Copy the total to line 86.

| | |
|---|---|
| | $24,900.00 |

44.  **Is a depreciation schedule available for any of the property listed in Part 7?**
   ■ No
   ☐ Yes

Debtor    **USA RV, LLC**                                                Case number *(If known)* _____
          Name

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
       ☑ No
       ☐ Yes

| Part 8: | Machinery, equipment, and vehicles |

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
☑ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.    Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.   **Cargo Trailer.** | Unknown | Liquidation | $7,600.00 |
| 47.2.   **2023 Chevrolet Silverado 2500.** | Unknown | Liquidation | $50,000.00 |
| 47.3.   **2022 Ford F-250 truck.** | $0.00 | Liquidation | $56,696.00 |

48.    **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,
       floating homes, personal watercraft, and fishing vessels

49.    **Aircraft and accessories**

| 50.    **Other machinery, fixtures, and equipment (excluding farm<br>machinery and equipment)** | | | |
|---|---|---|---|
| **Yale GC040SVX Forklift.  2017 model.** | Unknown | Liquidation | $3,900.00 |
| **Tractor.   Kioti NX5510HCB, (Serial No.<br>YW7100074.** | Unknown | Liquidation | $32,940.00 |
| **Tractor.  Kioti NX5510HCB/HST/IND, (Serial No.<br>XW7100013).** | $0.00 | Liquidation | $29,298.00 |

51.    **Total of Part 8.**                                                                          | **$180,434.00** |
       Add lines 47 through 50.  Copy the total to line 87.

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**
       ☑ No
       ☐ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
       ☑ No
       ☐ Yes

| Part 9: | Real property |

**54. Does the debtor own or lease any real property?**

☑ No.  Go to Part 10.
☐ Yes Fill in the information below.

| Debtor | **USA RV, LLC** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

---

**Part 10:**    Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. Patents, copyrights, trademarks, and trade secrets** | | | |
| **61. Internet domain names and websites** | | | |
| **62. Licenses, franchises, and royalties** Sales License | $0.00 | Liquidation | $0.00 |
| **63. Customer lists, mailing lists, or other compilations** | | | |
| **64. Other intangibles, or intellectual property** | | | |
| **65. Goodwill** | | | |

**66. Total of Part 10.** | | | $0.00

Add lines 60 through 65. Copy the total to line 89.

**67. Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?

■ No
☐ Yes

**68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

■ No
☐ Yes

**69. Has any of the property listed in Part 10 been appraised by a professional within the last year?**

■ No
☐ Yes

---

**Part 11:**    All other assets

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

| | Current value of debtor's interest |
|---|---|
| **71. Notes receivable** Description (include name of obligor) | |
| **72. Tax refunds and unused net operating losses (NOLs)** Description (for example, federal, state, local) | |
| **73. Interests in insurance policies or annuities** | |
| **74. Causes of action against third parties (whether or not a lawsuit has been filed)** | |

Debtor    **USA RV, LLC**                                        Case number *(If known)* _____
           Name

| **Civil lawsuit against Tracy Hill, pending in Wake County Superior Court.  Case No. 21 CVS 15800.** | **Unknown** |
|---|---|
| Nature of claim | **Breach of Contract, Reformation and Unjust Enrichment.** |
| Amount requested | **$45,000.00** |

75.   **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76.   **Trusts, equitable or future interests in property**

77.   **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

**Uniforms**                                                                    **$800.00**

**12' x 24' carport.**                                                          **$15,000.00**

**12' x 20' x8' metal storage building.**                                       **$2,000.00**

**32' x 50' vertical building add-on.**                                         **$2,800.00**

78.   **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.                             **$20,600.00**

79.   **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☒ No
☐ Yes

Debtor    **USA RV, LLC**
                 Name
                                                    Case number *(If known)* _____

| Part 12: | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $33,628.83 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $800.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $2,590,485.11 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $24,900.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $180,434.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.......................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $20,600.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $2,850,847.94 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $2,850,847.94 |

Rev. 5/2022

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA

IN THE MATTER OF:                                                                                 CASE NUMBER:
**USA RV, LLC**
      Debtor(s).

SCHEDULE C-1 - PROPERTY CLAIMED AS EXEMPT

    I, ___**David W. Hall**___, claim the following property as exempt pursuant to 11 U.S.C. § 522 and the laws of the State of North Carolina, and nonbankruptcy Federal law:  **(Attach additional sheets if necessary)**.

    1.  NCGS 1C-1601(a)(1) (NC Const., Article X, Section 2) REAL OR PERSONAL PROPERTY USED AS A RESIDENCE OR BURIAL PLOT (The exemption is not to exceed $35,000; however, an unmarried debtor who is 65 years of age or older is entitled to retain an aggregate interest in the property not to exceed $60,000 in value so long as the property was previously owned by the debtor as a tenant by the entireties or as a joint tenant with rights of survivorship and the former co-owner of the property is deceased, in which case the debtor must specify his/her age and the name of the former co-owner, if a child use initials only, of the property below).

| Description of Property and Address | Market Value | Owner (D1)Debtor 1 (D2)Debtor 2 (J)Joint | Mortgage Holder or Lien Holder | Amount of Mortgage or Lien | Net Value | Value Claimed as Exempt Pursuant to NCGS 1C-1601(a)(1) |
|---|---|---|---|---|---|---|
| **-NONE-** | | | | | | |

Debtor's Age: _____
Name of former co-owner: _____

**VALUE OF REAL ESTATE CLAIMED AS EXEMPT PURSUANT TO NCGS 1C-1601(a)(1):  $       0.00**

    2.  NCGS 1C-1601(a)(3) MOTOR VEHICLE (The exemption in one vehicle is not to exceed $3,500).

| Model, Year Style of Auto | Market Value | Owner (D1)Debtor 1 (D2)Debtor 2 (J)Joint | Lien Holder | Amount of Lien | Net Value | Value Claimed as Exempt Pursuant to NCGS 1C-1601(a)(3) |
|---|---|---|---|---|---|---|
| **-NONE-** | | | | | | |

**VALUE OF MOTOR VEHICLE CLAIMED AS EXEMPT PURSUANT TO NCGS 1C-1601(a)(3):  $       0.00**

    3.  NCGS 1C-1601(a)(4) (NC Const., Article X, Section 1) PERSONAL OR HOUSEHOLD GOODS (The debtor's aggregate interest is not to exceed $5,000 plus $1,000 for each dependent of the debtor, not to exceed $4,000 total for dependents).  The number of dependents for exemption purposes is __**0**__ .

| Description of Property | Market Value | Owner (D1)Debtor 1 (D2)Debtor 2 (J)Joint | Lien Holder | Amount of Lien | Net Value | Claimed as Exempt Pursuant to NCGS 1C-1601(a)(4) |
|---|---|---|---|---|---|---|
| **-NONE-** | | | | | | |

**VALUE CLAIMED AS EXEMPT PURSUANT TO NCGS 1C-1601(a)(4):  $       0.00**

    4. NCGS 1C-1601(a)(5) TOOLS OF TRADE (The debtor's aggregate interest is not to exceed $2,000 in value).

| Description | Market Value | Owner (D1)Debtor 1 (D2)Debtor 2 (J)Joint | Lien Holder | Amount of Lien | Net Value | Value Claimed as Exempt Pursuant to NCGS 1C-1601(a)(5) |
|---|---|---|---|---|---|---|
| **-NONE-** | | | | | | |

**VALUE CLAIMED AS EXEMPT  PURSUANT TO NCGS 1C-1601(a)(5):  $       0.00**

    5.  NCGS 1C-1601(a)(6) LIFE INSURANCE (NC Const., Article X, Section 5).

| Description\Insured\Last Four Digits of Policy Number\Beneficiary(if child, initials only) | | Cash Value |
|---|---|---|
| **-NONE-** | | |

Schedule C-1 - Property Claimed as Exempt - 3/2016

6.  NCGS 1C-1601(a)(7) PROFESSIONALLY PRESCRIBED HEALTH AIDS (For Debtor or Debtor's Dependents, no limit on value).

| Description |
| --- |
| -NONE- |

7.  NCGS 1C-1601(a)(8)  COMPENSATION FOR PERSONAL INJURY, INCLUDING COMPENSATION FROM PRIVATE DISABILITY POLICIES OR ANNUITIES, OR COMPENSATION FOR DEATH OF A PERSON UPON WHOM THE DEBTOR WAS DEPENDENT FOR SUPPORT. COMPENSATION NOT EXEMPT FROM RELATED LEGAL, HEALTH OR FUNERAL EXPENSE.

| Description AND Source of Compensation, Including Name (If child, initials only) & Last Four Digits of Account Number of any Disability Policy/Annuity |
| --- |
| -NONE- |

8.  NCGS 1C-1601(a)(2) ANY PROPERTY (Debtor's aggregate interest in any property is not to exceed $5,000 in value of any unused exemption amount to which the debtor is entitled under NCGS 1C-1601(a)(1)).

| Description of Property and Address | Market Value | Owner (D1)Debtor 1 (D2)Debtor 2 (J)Joint | Lien Holder | Amount of Lien | Net Value | Value Claimed as Exempt Pursuant to NCGS 1C-1601(a)(2) |
| --- | --- | --- | --- | --- | --- | --- |
| -NONE- | | | | | | |

VALUE CLAIMED AS EXEMPT  PURSUANT TO NCGS 1C-1601(a)(2):  $      0.00

9.  NCGS 1C-1601(a)(9) and 11 U.S.C. § 522  INDIVIDUAL RETIREMENT PLANS & RETIREMENT FUNDS, as defined in the Internal Revenue Code, and any plan treated in the same manner as an individual retirement plan, including individual retirement accounts and Roth retirement accounts as described in §§ 408(a) and 408A of the Internal Revenue Code, individual retirement annuities as described in § 408(b) of the Internal Revenue Code, accounts established as part of a trust described in § 408(c) of the Internal Revenue Code, and funds in an account exempt from taxation under § 401, 403, 408, 408A, 414, 457, or 510(a) of the Internal Revenue Code. For purposes of this subdivision, "Internal Revenue Code" means Code as defined in G.S. 105-228.90.

| Type of Account\Location of Account\Last Four Digits of Account Number |
| --- |
| -NONE- |

10.  NCGS 1C-1601(a)(10) FUNDS IN A COLLEGE SAVINGS PLAN, as qualified under § 529 of the Internal Revenue Code, and that are not otherwise excluded from the estate pursuant to 11 U.S.C. §§ 541(b)(5)-(6), (e), not to exceed a cumulative limit of $25,000. If funds were placed in a college savings plan within the 12 months prior to filing, the contributions must have been made in the ordinary course of the debtor's financial affairs and must have been consistent with the debtor's past pattern of contributions. The exemption applies to funds for a child of the debtor that will actually be used for the child's college or university expenses.

| College Savings Plan\Last Four Digits of Account Number\Value\Initials of Child Beneficiary |
| --- |
| -NONE- |

11.  NCGS 1C-1601(a)(11) RETIREMENT BENEFITS UNDER THE RETIREMENT PLANS OF OTHER STATES AND GOVERNMENTAL UNITS OF OTHER STATES (The debtor's interest is exempt only to the extent that these benefits are exempt under the laws of the state or governmental unit under which the benefit plan is established).

| Name of Retirement Plan\State Governmental Unit\Last Four Digits of Identifying Number |
| --- |
| -NONE- |

12.  NCGS 1C-1601(a)(12) ALIMONY, SUPPORT, SEPARATE MAINTENANCE, AND CHILD SUPPORT PAYMENTS OR FUNDS THAT HAVE BEEN RECEIVED OR TO WHICH THE DEBTOR IS ENTITLED  (The debtor's interest is exempt to the extent the payments or funds are reasonably necessary for the support of the debtor or any dependent of the debtor).

| Type of Support\Amount\Location of Funds |
| --- |
| -NONE- |

13.  TENANCY BY THE ENTIRETY.  The following property is claimed as exempt pursuant to 11 U.S.C. § 522 and the law of the State of North Carolina pertaining to property held as tenants by the entirety.

| Description of Property and Address | Market Value | Lien Holder | Amount of Lien | Net Value |
| --- | --- | --- | --- | --- |
| -NONE- | | | | |

VALUE CLAIMED AS EXEMPT:  $      0.00

14. NORTH CAROLINA PENSION FUND EXEMPTIONS

| | |
|---|---|
| **-NONE-** | |

15. OTHER EXEMPTIONS CLAIMED UNDER LAWS OF THE STATE OF NORTH CAROLINA

| | |
|---|---|
| **-NONE-** | |

16. FEDERAL PENSION FUND EXEMPTIONS

| | |
|---|---|
| **-NONE-** | |

17. OTHER EXEMPTIONS CLAIMED UNDER NONBANKRUPTCY FEDERAL LAW

| | |
|---|---|
| **-NONE-** | |

18. RECENT PURCHASES

(a). List tangible personal property purchased by the debtor within ninety (90) days of the filing of the bankruptcy petition.

| Description | Market Value | Lien Holder | Amount of Lien | Net Value |
|---|---|---|---|---|
| **-NONE-** | | | | |

(b). List any tangible personal property from 18(a) that is directly traceable to the liquidation or conversion of property that may be exempt and that was not acquired by transferring or using additional property.

| Description of Replacement Property | Description of Property Liquidated or Converted that May Be Exempt |
|---|---|
| | |

19. The debtor's property is subject to the following claims:

a.   Of the United States or its agencies as provided by federal law.
b.   Of the State of North Carolina or its subdivisions for taxes, appearance bonds or fiduciary bonds;
c.   Of a lien by a laborer for work done and performed for the person claiming the exemption, but only as to the specific property affected.
d.   Of a lien by a mechanic for work done on the premises, but only as to the specific property affected.
e.   For payment of obligations contracted for the purchase of specific real property affected.
f.   For contractual security interests in specific property affected; provided, that the exemptions shall apply to the debtor's household goods notwithstanding any contract for a nonpossessory, nonpurchase money security interest in any such goods.
g.   For statutory liens, on the specific property affected, other than judicial liens.
h.   For child support, alimony or distributive award order pursuant to Chapter 50 of the General Statutes of North Carolina.
i.   For criminal restitution orders docketed as civil judgments pursuant to G.S. 15A-1340.38.
j.   Debts of a kind specified in 11 U.S.C. § 523(a)(1) (certain taxes), (5) (domestic support obligations).
k.   Debts of a kind specified in 11 U.S.C. § 522(c).

| Claimant | Nature of Claim | Amount of Claim | Description of Property | Value of Property | Net Value |
|---|---|---|---|---|---|
| **Heritage Steel** | **Purchase Money Security** | 2,458.25 | **12' x 20' x8' metal storage building.** | 2,000.00 | 0.00 |
| **Newfound Rentals, LLC** | **Purchase Money Security** | 26,801.46 | **12' x 24' carport.** | 15,000.00 | 0.00 |
| **Automotive Finance Corporation** | **Security Agreement** | 584,000.97 | **18 RVs and Camper units subject to AFC Floorplan.** | 584,000.97 | 0.00 |
| **Kelly Office Machines, Inc.** | **Purchase Money Security** | 11,566.44 | **2 copiers, IMC3000LT Copier, Serial Number 3102R530477BW and IMC3000LT Copier, Serial Number 3102R530477Color.** | 8,000.00 | 0.00 |
| **Ford Credit** | **Certificate of Title** | 63,061.63 | **2022 Ford F-250 truck.** | 56,696.00 | 0.00 |

| Claimant | Nature of Claim | Amount of Claim | Description of Property | Value of Property | Net Value |
|---|---|---|---|---|---|
| **Ally Financial** | **Certificate of Title** | **48,096.99** | **2023 Chevrolet Silverado 2500.** | **50,000.00** | **1,903.01** |
| **Heritage Steel** | **Purchase Money Security** | **4,927.50** | **32' x 50' vertical building add-on.** | **2,800.00** | **0.00** |
| **Wells Fargo Commercial Dist. Financ** | **Security Agreement** | **1,933,934.80** | **42 RVS and Camper units subject to the Wells Fargo floorplan.** | **1,933,934.80** | **0.00** |
| **DLL Finance, LLC** | **Security Agreement** | **34,461.72** | **Tractor.  Kioti NX5510HCB, (Serial No. YW7100074.** | **32,940.00** | **0.00** |
| **DLL Finance, LLC** | **Security Agreement** | **19,664.62** | **Tractor.  Kioti NX5510HCB/HST/IND, (Serial No. XW7100013).** | **29,298.00** | **9,633.38** |
| **HYG Financial Services, Inc.** | **Security Agreement** | **9,036.72** | **Yale GC040SVX Forklift. 2017 model.** | **3,900.00** | **0.00** |

None of the property listed in paragraph 18(a), except qualified replacement property under 18(b), has been included in this claim of exemptions.

None of the claims listed in paragraph 19 is subject to this claim of exemptions.

I declare that to the extent any exemptions I have claimed appear on its face to exceed the amount allowed by the applicable statute, I claim only the maximum amount allowed by statute.

UNSWORN DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF INDIVIDUAL
TO SCHEDULE C-1 - PROPERTY CLAIMED AS EXEMPT

I,   **David W. Hall**   , declare under penalty of perjury that I have read the foregoing Schedule C-1 - Property Claimed as Exempt, consisting of 4 sheets, and that they are true and correct to the best of my knowledge, information and belief.

Executed on:  **January  1, 2024**

**/s/ David W. Hall**
**David W. Hall**
                                        Debtor

**Fill in this information to identify the case:**

Debtor name  **USA RV, LLC**

United States Bankruptcy Court for the:  EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known)  _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | Amount of claim | Value of collateral that supports this claim |
| | | Do not deduct the value of collateral. | |

**2.1  Ally Financial**
Creditor's Name

PO Box 380902
Minneapolis, MN
55438-0902
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
**11/26/2022**
Last 4 digits of account number
**5792**

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**2023 Chevrolet Silverado 2500.**

Describe the lien
**Certificate of Title**
Is the creditor an insider or related party?
☑ No
☐ Yes
Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim: **$48,096.99**    Value of collateral: **$50,000.00**

**2.2  Automotive Finance Corporation**
Creditor's Name

Attn: Duane Pittman, Rel. Manager
85 Bagley Road
Kenly, NC 27542
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
**2/8/2019**
Last 4 digits of account number
**0774**

Describe debtor's property that is subject to a lien
**18 RVs and Camper units subject to AFC Floorplan.**

Describe the lien
**Security Agreement**
Is the creditor an insider or related party?
☑ No
☐ Yes
Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Amount of claim: **$584,000.97**    Value of collateral: **$584,000.97**

Debtor  **USA RV, LLC**
_____    Case number (if known) _____
Name

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: |
|---|---|
| ■ No | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.3 | **DLL Finance, LLC** | | |
|---|---|---|---|
| | Creditor's Name | | |

**Describe debtor's property that is subject to a lien**    $34,461.72    $32,940.00
**Tractor.  Kioti NX5510HCB, (Serial No. YW7100074.**

**8001 Birchwood Court**
**PO Box 2000**
**Johnston, IA 50131-0020**
Creditor's mailing address

**Describe the lien**
**Security Agreement**
**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No

**Date debt was incurred**
**9/9/2022**
**Last 4 digits of account number**
**5000**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **DLL Finance, LLC** | | |
|---|---|---|---|
| | Creditor's Name | | |

**Describe debtor's property that is subject to a lien**    $19,664.62    $29,298.00
**Tractor.  Kioti NX5510HCB/HST/IND, (Serial No. XW7100013).**

**8001 Birchwood Court**
**PO Box 2000**
**Johnston, IA 50131-0020**
Creditor's mailing address

**Describe the lien**
**Security Agreement**
**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No

**Date debt was incurred**
**4/2/2021**
**Last 4 digits of account number**
**0151**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **Ford Credit** | | |
|---|---|---|---|
| | Creditor's Name | | |

**Describe debtor's property that is subject to a lien**    $63,061.63    $56,696.00
**2022 Ford F-250 truck.**

**National Bankruptcy**
**Service Center**
**PO Box 62180**
**Colorado Springs, CO**
**80962**

---

Debtor    **USA RV, LLC**                                                    Case number (if known) _____
          _____
          Name

| | |
|---|---|
| Creditor's mailing address | **Describe the lien** |
| | **Certificate of Title** |
| | **Is the creditor an insider or related party?** |
| | ■ No |
| Creditor's email address, if known | ☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ☐ No |
| **10/5/2022** | ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| **8677** | **As of the petition filing date, the claim is:** |
| **Do multiple creditors have an interest in the same property?** | Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.6 | **Heritage Steel** | **Describe debtor's property that is subject to a lien** | $2,458.25 | $2,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **12' x 20' x8' metal storage building.** | | |

| | |
|---|---|
| **3870 Statesville Boulevard** | |
| **Salisbury, NC 28147** | |
| Creditor's mailing address | **Describe the lien** |
| | **Purchase Money Security** |
| | **Is the creditor an insider or related party?** |
| | ■ No |
| Creditor's email address, if known | ☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ☐ No |
| **6/2/2023** | ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| **6334** | **As of the petition filing date, the claim is:** |
| **Do multiple creditors have an interest in the same property?** | Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.7 | **Heritage Steel** | **Describe debtor's property that is subject to a lien** | $4,927.50 | $2,800.00 |
|---|---|---|---|---|
| | Creditor's Name | **32' x 50' vertical building add-on.** | | |

| | |
|---|---|
| **3870 Statesville Boulevard** | |
| **Salisbury, NC 28147** | |
| Creditor's mailing address | **Describe the lien** |
| | **Purchase Money Security** |
| | **Is the creditor an insider or related party?** |
| | ■ No |
| Creditor's email address, if known | ☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ☐ No |
| **9/27/2023** | ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| **7097** | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
| | Check all that apply |

Debtor  **USA RV, LLC**
Name                                                    Case number (if known) _____

| | |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.8 | **HYG Financial Services, Inc.** | **Describe debtor's property that is subject to a lien** | $9,036.72 | $3,900.00 |
|---|---|---|---|---|
| | Creditor's Name | **Yale GC040SVX Forklift.  2017 model.** | | |

**5000 Riverside Dr., Suite 300 East**
**Irving, TX 75039-4314**
Creditor's mailing address

**Describe the lien**
**Security Agreement**
**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**8/3/2021**
**Last 4 digits of account number**
**4369**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.9 | **Kelly Office Machines, Inc.** | **Describe debtor's property that is subject to a lien** | $11,566.44 | $8,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **2 copiers, IMC3000LT Copier, Serial Number 3102R530477BW and IMC3000LT Copier, Serial Number 3102R530477Color.** | | |

**PO Box 790448**
**Saint Louis, MO 63179-0448**
Creditor's mailing address

**Describe the lien**
**Purchase Money Security**
**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**11/3/2022**
**Last 4 digits of account number**
**3000**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.10 | **Newfound Rentals, LLC** | **Describe debtor's property that is subject to a lien** | $26,801.46 | $15,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **12' x 24' carport.** | | |

**PO Box 905**
**Houston, TX 77001-0905**
Creditor's mailing address

**Describe the lien**
**Purchase Money Security**

---

Debtor **USA RV, LLC**
Name

Case number (if known) _____

---

Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Date debt was incurred**
**5/31/2023**

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**0779**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 1 | **Northpoint Commercial Finance** | | |
|---|---|---|---|

Creditor's Name

**1105 Lakeview Parkway**
**Suite 210**
**Alpharetta, GA 30009**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**7/8/2020**

**Last 4 digits of account number**
**\*\*\*\***

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Consent Judgment balance of old floorplan loan.  All assets other than titled vehicles and deposit accounts.**

**Describe the lien**
**Security Agreement**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$910,000.00    $98,249.34

---

| 2.1 2 | **SouthState Bank, N.A.** | | |
|---|---|---|---|

Creditor's Name

**SBA Servicing**
**PO Box 118068**
**Charleston, SC 29423**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**9/14/2022**

**Last 4 digits of account number**
**4801**

**Do multiple creditors have an interest in the same property?**

**Describe debtor's property that is subject to a lien**
**All assets of debtor other than titled vehicles and deposit accounts.**

**Describe the lien**
**Security Agreement**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

$298,584.69    $98,249.34

---

Debtor  **USA RV, LLC**                                          Case number (if known) _____
          Name

☐ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 3 | **U.S. Small Business Administration** | | | |
|---|---|---|---|---|

Creditor's Name

**SBA Disaster Loan Servicing Center**
**2 North 20th Street, Suite 320**
**Birmingham, AL 35203**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**5/14/2020**
**Last 4 digits of account number**
**7401**
**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Substantially all assets of Debtor other than titled vehicles and deposit accounts.**

**Describe the lien**
**Security Agreement**
**Is the creditor an insider or related party?**
☐ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$100,000.00       $98,249.34

---

| 2.1 4 | **Wells Fargo Commercial Dist. Financ** | | | |
|---|---|---|---|---|

Creditor's Name

**Attn: Amanda Jost, Sr. Credit Risk**
**5595 Trillium Boulevard**
**Hoffman Estates, IL 60192**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**11/29/2022**
**Last 4 digits of account number**
**2435**
**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**42 RVS and Camper units subject to the Wells Fargo floorplan.**

**Describe the lien**
**Security Agreement**
**Is the creditor an insider or related party?**
☐ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,933,934.80     $1,933,934.80

---

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**        $4,046,595.79

---

**Part 2:**  **List Others to Be Notified for a Debt Already Listed in Part 1**

Debtor    **USA RV, LLC**                                        Case number (*if known*) _____
_____
Name

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

**Fill in this information to identify the case:**

Debtor name   **USA RV, LLC**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known)  _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| | | $0.00 | $0.00 |

**2.1**  Priority creditor's name and mailing address
**Internal Revenue Service**
**Centralized Insolvency Operation**
**PO Box 7346**
**Philadelphia, PA 19101-7346**

Date or dates debt was incurred

Last 4 digits of account number **3496**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notices.**

Is the claim subject to offset?
☑ No
☐ Yes

**2.2**  Priority creditor's name and mailing address
**NC Department of Revenue**
**Bankruptcy Unit**
**PO Box 1168**
**Raleigh, NC 27602-1168**

Date or dates debt was incurred

Last 4 digits of account number **3496**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notices.**

Is the claim subject to offset?
☑ No
☐ Yes

$0.00   $0.00

Debtor **USA RV, LLC**
_____  Case number (if known) _____
Name

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $13,678.02 | $13,678.02 |

**2.3** Priority creditor's name and mailing address

**Wake County Tax Collector**
**PO Box 2331**
**Raleigh, NC 27602-2331**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

$13,678.02   $13,678.02

Date or dates debt was incurred

**2022**

Basis for the claim:
**Property taxes due under lease with Ash Grey Properties, LLC.**

Last 4 digits of account number **6450**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**Part 2:   List All Creditors with NONPRIORITY Unsecured Claims**

**3.** **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |

**3.1** Nonpriority creditor's name and mailing address

**700 Credit**
**PO Box 101015**
**Pasadena, CA 91189-0003**

Date(s) debt was
incurred **November - December 2022**

Last 4 digits of account number **7645**

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Credit report services.**

Is the claim subject to offset? ■ No ☐ Yes

$912.06

**3.2** Nonpriority creditor's name and mailing address

**Able Fence Builders, Inc.**
**PO Box 14515**
**Greensboro, NC 27415**

Date(s) debt was incurred **11/4/2022**

Last 4 digits of account number **6266**

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Chain link fencing.**

Is the claim subject to offset? ■ No ☐ Yes

$7,308.00

**3.3** Nonpriority creditor's name and mailing address

**AGWS**
**4450 Weaver Parkway**
**Warrenville, IL 60555**

Date(s) debt was incurred _

Last 4 digits of account number **2020**

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Contract for sale of extended service warranties.**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

**3.4** Nonpriority creditor's name and mailing address

**Bass Sox Mercer**
**Attorneys at Law**
**2822 Remington Green Circle**
**Tallahassee, FL 32308**

Date(s) debt was incurred **2021-2022**

Last 4 digits of account number **4039**

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Legal Services, Tracy Hill lawsuit.**

Is the claim subject to offset? ■ No ☐ Yes

$3,525.66

**3.5** Nonpriority creditor's name and mailing address

**Cintas Corporation**
**PO Box 12359**
**Durham, NC 27709**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **Business services.**

Is the claim subject to offset? ■ No ☐ Yes

$21,842.28

Debtor **USA RV, LLC**
_____   Case number (if known) _____
Name

---

**3.6** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$14,806.50**

Curtis Media Group
3012 Highwoods Boulevard
Suite 200
Raleigh, NC 27604

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **11/7/2022 - 11/18/2022**

Basis for the claim: **Radio advertising.  Includes acct endind in 4117 and 4145.**

Last 4 digits of account number **4839;4823**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.7** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$130,598.00**

David W. Hall, Jr.
1709 Honeysuckle Road
Raleigh, NC 27609

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Unsecured loan.**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.8** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,745.00**

Dealership Performance 360 CRM
25030 SW Parkway Avenue
Suite 300
Wilsonville, OR 97070

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2022**

Basis for the claim: **Software licenses.  Contract cancelled.**

Last 4 digits of account number **2712**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.9** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,259.30**

Dick Broadcasting Co., Inc.
PO Box 90011
Charlotte, NC 28290

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **11/28/2022 - 12/11/2022**

Basis for the claim: **Radio Advertising.**

Last 4 digits of account number **2276**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.10** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$279.80**

Dominion Energy North Carolina
PO Box 100256
Charlotte, NC 28202

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **11/2022 - 12/2022**

Basis for the claim: **Natural gas service.**

Last 4 digits of account number **7448**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.11** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,284.01**

Duke Energy
PO Box 1090
Charlotte, NC 28201-1090

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **11/2022 - 12/2022**

Basis for the claim: **Electric service.**

Last 4 digits of account number **7768**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.12** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$728.08**

Duke Energy
PO Box 1090
Charlotte, NC 28201-1090

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **11/2022 - 12/2022**

Basis for the claim: **Electric service.**

Last 4 digits of account number **2161**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **USA RV, LLC**
_____
Name

Case number (*if known*) _____

---

**3.13** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,005.25**
**Dynamic Transport**
**2408 Eisenhower Drive North**
**Goshen, IN 46526-8834**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was
incurred  **8/15/2022 and 9/22/2022**

Basis for the claim:  **Transportation services.**

Last 4 digits of account number  **4178,2607**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.14** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**
**Elevon**
**7300 Chapman Highway**
**Knoxville, TN 37920**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Basis for the claim:  **Merchant account services.**

Last 4 digits of account number  **\*\*\*\***

Is the claim subject to offset? ■ No ☐ Yes

---

**3.15** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,350.00**
**Erie Insurance**
**100 Erie Insurance Place**
**Erie, PA 16530**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **2023**

Basis for the claim:  **Insurance premiums/penalties.**

Last 4 digits of account number  **5STG**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.16** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,182.89**
**iHeart Media**
**PO Box 406372**
**Atlanta, GA 30384**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/28/2022 - 12/4/2022**

Basis for the claim:  **Radio advertising.**

Last 4 digits of account number  **5471;3233;3566**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.17** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,692.50**
**InteractRV**
**3526 East Curtis Road**
**Midland, MI 48642**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Basis for the claim:  **Search Engine Optimization and digital marketing contract.**

Last 4 digits of account number  **6209**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.18** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$20,500.00**
**Janice Rosenberg**
**708 Pebblebrook Drive**
**Raleigh, NC 27609**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **_**

Basis for the claim:  **Unsecured loan.**

Last 4 digits of account number  **_**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.19** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$39,472.71**
**JPMorgan Chase**
**PO Box 15298**
**Wilmington, DE 19850-5298**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **_**

Basis for the claim:  **Credit card purchases.**

Last 4 digits of account number  **5749**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **USA RV, LLC**
_____
Name

Case number *(if known)*  _____

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $28,539.62 |
|---|---|---|---|

**JPMorgan Chase**
**PO Box 15298**
**Wilmington, DE 19850-5298**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Credit card purchases.**

Last 4 digits of account number  **4458**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $11,554.84 |
|---|---|---|---|

**JPMorgan Chase Bank, N.A.**
**C/O Nat'l Bankruptcy Services, LLC**
**PO Box 9013**
**Addison, TX 75001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/8/2021**

**Basis for the claim:  Deficiency balance on repossessed 2022 Chevrolet Silverado 2500.**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $27,351.09 |
|---|---|---|---|

**JPMorgan Chase Ink**
**PO Box 15298**
**Wilmington, DE 19850-5298**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Credit card purchases.**

Last 4 digits of account number  **8151**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,288.70 |
|---|---|---|---|

**Kenect**
**1221 S. Valley Grove Way**
**#400**
**Pleasant Grove, UT 84062**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/2022 - 12/2022.**

**Basis for the claim:  Software license for business texting.**

Last 4 digits of account number  **7085**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,100.00 |
|---|---|---|---|

**Lamar Outdoor Advertising**
**PO Box 746966**
**Atlanta, GA 30374-6966**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **October and November 2022**

**Basis for the claim:  Billboard advertising.**

Last 4 digits of account number  **7561**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Le Bleu**
**6708 Westborough Drive**
**Raleigh, NC 27612-1886**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Water service.**

Last 4 digits of account number  ****

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,672.00 |
|---|---|---|---|

**Motility Software Solutions, LLC**
**851 Trafalgar Court**
**#160 West**
**Maitland, FL 32751**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/2022**

**Basis for the claim:  Software licenses.**

Last 4 digits of account number  **5273**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **USA RV, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

**3.27** | Nonpriority creditor's name and mailing address

**Network South, Inc.**
PO Box 896872
Charlotte, NC 28289-6872

Date(s) debt was incurred  **8/24/2022**

Last 4 digits of account number  **9517**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Past due bill for security services.**

Is the claim subject to offset? ■ No ☐ Yes

**$9,222.39**

---

**3.28** | Nonpriority creditor's name and mailing address

**PHMG**
401 N. Michigan Ave.
Chicago, IL 60611

Date(s) debt was incurred  **2023**

Last 4 digits of account number  **\*\*\*\***

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Advertising services.**

Is the claim subject to offset? ■ No ☐ Yes

**$10,587.01**

---

**3.29** | Nonpriority creditor's name and mailing address

**Protective Asset Protection**
PO Box 830633
Birmingham, AL 35283-0633

Date(s) debt was incurred  **2022**

Last 4 digits of account number  **3438**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Extended service contract program.**

Is the claim subject to offset? ■ No ☐ Yes

**$10,648.59**

---

**3.30** | Nonpriority creditor's name and mailing address

**Sheffield Financial**
**A Division of Truist Bank**
PO Box 25127
Winston Salem, NC 27114

Date(s) debt was incurred  **10/9/2022**

Last 4 digits of account number  **2019**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Deficiency balance on purchase of 2 golf carts, 2023 Club Car XRT and 2023 Club Car Onward HP with 4 passenger Onward Enclosure.**

Is the claim subject to offset? ■ No ☐ Yes

**$19,225.16**

---

**3.31** | Nonpriority creditor's name and mailing address

**Southeast Publications**
2150 SW 10th Street, Suite A
Deerfield Beach, FL 33442

Date(s) debt was incurred  **9/30/2022 and 11/15/2022**

Last 4 digits of account number  **9340**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Print Adversting services.**

Is the claim subject to offset? ■ No ☐ Yes

**$1,718.00**

---

**3.32** | Nonpriority creditor's name and mailing address

**Spectrum Business**
PO Box 70872
Charlotte, NC 28272

Date(s) debt was incurred  **November - December 2022.**

Last 4 digits of account number  **1272**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Internet/Cable/telephone services.**

Is the claim subject to offset? ■ No ☐ Yes

**$530.64**

---

**3.33** | Nonpriority creditor's name and mailing address

**Square 1 Brands**
464 Warm Wind Drive
Clayton, NC 27527

Date(s) debt was incurred  **9/28/2022 - 12/11/2022**

Last 4 digits of account number  **\*\*\*\***

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Radio Advertising.**

Is the claim subject to offset? ■ No ☐ Yes

**$4,670.25**

---

Debtor   **USA RV, LLC**
Name                                                  Case number (if known) _____

---

**3.34** | **Nonpriority creditor's name and mailing address**
**SSI Data, LLC**
PO Box 842798
Dallas, TX 75284-2798

Date(s) debt was incurred _
Last 4 digits of account number  **1264**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Market statistical analysis services.**

Is the claim subject to offset? ■ No ☐ Yes

**$132.74**

---

**3.35** | **Nonpriority creditor's name and mailing address**
**Tesla**
45500 Freemont Boulevard
Fremont, CA 94538

Date(s) debt was incurred _
Last 4 digits of account number  **0976**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lease arrears.**

Is the claim subject to offset? ■ No ☐ Yes

**$13,296.03**

---

**3.36** | **Nonpriority creditor's name and mailing address**
**Trader Interactive, Inc.**
PO Box 842032
Dallas, TX 75284-2032

Date(s) debt was incurred _
Last 4 digits of account number  **4710**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Advertising services.**

Is the claim subject to offset? ■ No ☐ Yes

**$751.00**

---

**3.37** | **Nonpriority creditor's name and mailing address**
**US Bank Equipment Finance**
1310 Madrid Street
Marshall, MN 56258

Date(s) debt was incurred  **2023**
Last 4 digits of account number  **6020;d869**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Settlement deficiency for cancelled contracts.**

Is the claim subject to offset? ■ No ☐ Yes

**$1,450.00**

---

**3.38** | **Nonpriority creditor's name and mailing address**
**Wells Fargo Bank, N.A.**
PO Box 29482
Phoenix, AZ 85038-8650

Date(s) debt was incurred _
Last 4 digits of account number  **5967**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Credit card purchases.**

Is the claim subject to offset? ■ No ☐ Yes

**$4,807.58**

---

**3.39** | **Nonpriority creditor's name and mailing address**
**Wells Fargo Bank, N.A.**
PO Box 29482
Phoenix, AZ 85038-8650

Date(s) debt was incurred _
Last 4 digits of account number  **9171**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Credit card purchases.**

Is the claim subject to offset? ■ No ☐ Yes

**$3,075.06**

---

**3.40** | **Nonpriority creditor's name and mailing address**
**WRAL Digital**
PO Box 948140
Atlanta, GA 30394-8140

Date(s) debt was incurred  **2023**
Last 4 digits of account number  **1414**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Advertising.**

Is the claim subject to offset? ■ No ☐ Yes

**$5,500.00**

---

| Debtor | **USA RV, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $951.91 |

**Xerox Financial Services**
**PO Box 202882**
**Dallas, TX 75320-2882**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**

**Basis for the claim:** **Deficiency for cancelled contract.**

Last 4 digits of account number **0609**

Is the claim subject to offset? ■ No ☐ Yes

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Bradley Arant, Boult, Cummings, LP**<br>**Truist Center, Suite 3700**<br>**214 N. Tryon Road**<br>**Charlotte, NC 28202** | Line **3.5**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Brennan & Clark**<br>**721 East Madison, Suite 200**<br>**Villa Park, IL 60181** | Line **3.15**<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | **JSD Management, Inc.**<br>**1283 College Park Drive**<br>**Dover, DE 19904-8713** | Line **3.41**<br><br>☐ Not listed. Explain ____ | _ |
| 4.4 | **McCarthy, Burgess & Wolff**<br>**26000 Cannon Road**<br>**Bedford, OH 44146** | Line **3.35**<br><br>☐ Not listed. Explain ____ | _ |
| 4.5 | **Transworld Systems**<br>**500 Virginia Drive**<br>**Suite 514**<br>**Fort Washington, PA 19034** | Line **3.21**<br><br>☐ Not listed. Explain ____ | _ |

---

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5. Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 13,678.02 |
| 5b. Total claims from Part 2 | 5b. + | $ 427,564.65 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ 441,242.67 |

**Fill in this information to identify the case:**

Debtor name    **USA RV, LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1.   State what the contract or lease is for and the nature of the debtor's interest | **Credit reports services.** |
|         State the term remaining | |
|         List the contract number of any government contract | **700 Credit**<br>**PO Box 101015**<br>**Pasadena, CA 91189-0003** |
| 2.2.   State what the contract or lease is for and the nature of the debtor's interest | **Contract for sale of extended service warranties.** |
|         State the term remaining | |
|         List the contract number of any government contract | **AGWS**<br>**4450 Weaver Parkway**<br>**Warrenville, IL 60555** |
| 2.3.   State what the contract or lease is for and the nature of the debtor's interest | **Credit application software.** |
|         State the term remaining | |
|         List the contract number of any government contract | **AppOne**<br>**4150 2nd Street South**<br>**Suite 550**<br>**Saint Cloud, MN 56301** |
| 2.4.   State what the contract or lease is for and the nature of the debtor's interest | **Business contract.** |
|         State the term remaining | |
|         List the contract number of any government contract | **Cintas Corporation**<br>**PO Box 12359**<br>**Durham, NC 27709** |

Debtor 1    **USA RV, LLC**

First Name        Middle Name        Last Name

Case number (*if known*)  _____

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Account ******6371. Water service.** | |
|---|---|---|---|
| | State the term remaining | | **City of Raleigh**<br>**Utilities**<br>**One Exchange Plaza**<br>**Raleigh, NC 27601** |
| | List the contract number of any government contract | | |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Natural gas service.** | |
|---|---|---|---|
| | State the term remaining | **month-to-month** | **Dominion Energy North Carolina**<br>**PO Box 100256**<br>**Charlotte, NC 28202** |
| | List the contract number of any government contract | | |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of storage lot for excess RV inventory.** | |
|---|---|---|---|
| | State the term remaining | **Month-to-month** | **Double JJ Storage**<br>**11650 Cleveland Road**<br>**Garner, NC 27529** |
| | List the contract number of any government contract | | |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Electric utility services.** | |
|---|---|---|---|
| | State the term remaining | **Month-to-month.** | **Duke Energy**<br>**PO Box 1090**<br>**Charlotte, NC 28201-1090** |
| | List the contract number of any government contract | | |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Merchant account processing.** | |
|---|---|---|---|
| | State the term remaining | | **Elevon**<br>**7300 Chapman Highway**<br>**Knoxville, TN 37920** |
| | List the contract number of any government contract | | |

Debtor 1    **USA RV, LLC**

First Name          Middle Name          Last Name

Case number (*if known*) _____

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.10.** State what the contract or lease is for and the nature of the debtor's interest — **Search Engine Optimization and digital marketing contract.**

State the term remaining

List the contract number of any government contract

**InteractRV**
**3526 East Curtis Road**
**Midland, MI 48642**

---

**2.11.** State what the contract or lease is for and the nature of the debtor's interest — **Software license for business texting.**

State the term remaining

List the contract number of any government contract

**Kenect**
**1221 S. Valley Grove Way**
**#400**
**Pleasant Grove, UT 84062**

---

**2.12.** State what the contract or lease is for and the nature of the debtor's interest — **Water service.**

State the term remaining

List the contract number of any government contract

**Le Bleu**
**6708 Westborough Drive**
**Raleigh, NC 27612-1886**

---

**2.13.** State what the contract or lease is for and the nature of the debtor's interest — **Business software licenses.**

State the term remaining

List the contract number of any government contract

**Motility Software Solutions, LLC**
**851 Trafalgar Court**
**#160 West**
**Maitland, FL 32751**

---

**2.14.** State what the contract or lease is for and the nature of the debtor's interest — **Business Communications and Security services.**

State the term remaining

List the contract number of any government contract

**Network South, Inc.**
**PO Box 896872**
**Charlotte, NC 28289-6872**

---

Debtor 1    **USA RV, LLC**

First Name    Middle Name    Last Name

Case number (*if known*)

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.15.**   State what the contract or lease is for and the nature of the debtor's interest    **Advertising contract.**

     State the term remaining

     List the contract number of any government contract

**PHMG**
**401 N. Michigan Ave.**
**Chicago, IL 60611**

---

**2.16.**   State what the contract or lease is for and the nature of the debtor's interest    **Advertsing contract.**

     State the term remaining

     List the contract number of any government contract

**PHMG**
**401 N. Michigan Ave.**
**Chicago, IL 60611**

---

**2.17.**   State what the contract or lease is for and the nature of the debtor's interest    **Text messageing service.**

     State the term remaining

     List the contract number of any government contract

**Ring Central, Inc.**
**20 Davis Drive**
**Belmont, CA 94002**

---

**2.18.**   State what the contract or lease is for and the nature of the debtor's interest    **Premises lease.**

     State the term remaining    **18 months remaining.**

     List the contract number of any government contract

**SDA, LLC**
**PO Box 1238**
**Garner, NC 27529**

---

**2.19.**   State what the contract or lease is for and the nature of the debtor's interest    **Internet/Cable/Telephone services.**

     State the term remaining

     List the contract number of any government contract

**Spectrum Business**
**PO Box 70872**
**Charlotte, NC 28272**

---

Debtor 1    **USA RV, LLC**                                                                Case number (*if known*) _____
　　　　　First Name　　　　　Middle Name　　　　　Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.20.** State what the contract or lease is for and the nature of the debtor's interest | **Contract for market analysis services.** |
| State the term remaining | |
| List the contract number of any government contract | **SSI Data, LLC**<br>**PO Box 842798**<br>**Dallas, TX 75284-2798** |
| **2.21.** State what the contract or lease is for and the nature of the debtor's interest | **Lease of 2022 Tesla Model S automobile.** |
| State the term remaining | |
| List the contract number of any government contract | **Tesla**<br>**45500 Fremont Boulevard**<br>**Fremont, CA 94538** |
| **2.22.** State what the contract or lease is for and the nature of the debtor's interest | **Advertising contract.** |
| State the term remaining | |
| List the contract number of any government contract | **Trader Interactive, Inc.**<br>**PO Box 842032**<br>**Dallas, TX 75284-2032** |

**Fill in this information to identify the case:**

Debtor name **USA RV, LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**

*Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | David W. Hall | 1708 Honeysuckle Road Raleigh, NC 27609 | JPMorgan Chase | ☐ D _____ <br> ■ E/F __3.19__ <br> ☐ G _____ |
| 2.2 | David W. Hall | 1708 Honeysuckle Road Raleigh, NC 27609 | JPMorgan Chase | ☐ D _____ <br> ■ E/F __3.20__ <br> ☐ G _____ |
| 2.3 | David W. Hall | 1708 Honeysuckle Road Raleigh, NC 27609 | JPMorgan Chase Ink | ☐ D _____ <br> ■ E/F __3.22__ <br> ☐ G _____ |
| 2.4 | David W. Hall | 1708 Honeysuckle Road Raleigh, NC 27609 | Wells Fargo Commercial Dist. Financ | ■ D __2.14__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.5 | David W. Hall | 1708 Honeysuckle Road Raleigh, NC 27609 | Northpoint Commercial Finance | ■ D __2.11__ <br> ☐ E/F _____ <br> ☐ G _____ |

Debtor  **USA RV, LLC**                                          Case number *(if known)* _____

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

Column 1: **Codebtor**                                                    Column 2: **Creditor**

| | | | | |
|---|---|---|---|---|
| 2.6 | **David W. Hall** | 1708 Honeysuckle Road<br>Raleigh, NC 27609 | **Automotive Finance Corporation** | ☑ D  **2.2**<br>☐ E/F _____<br>☐ G _____ |
| 2.7 | **David W. Hall** | 1708 Honeysuckle Road<br>Raleigh, NC 27609 | **Sheffield Financial** | ☐ D _____<br>☑ E/F  **3.30**<br>☐ G _____ |
| 2.8 | **David W. Hall** | 1708 Honeysuckle Road<br>Raleigh, NC 27609 | **Wells Fargo Bank, N.A.** | ☐ D _____<br>☑ E/F  **3.38**<br>☐ G _____ |
| 2.9 | **David W. Hall** | 1708 Honeysuckle Road<br>Raleigh, NC 27609 | **Ford Credit** | ☑ D  **2.5**<br>☐ E/F _____<br>☐ G _____ |
| 2.10 | **David W. Hall** | 1708 Honeysuckle Road<br>Raleigh, NC 27609 | **Wells Fargo Bank, N.A.** | ☐ D _____<br>☑ E/F  **3.39**<br>☐ G _____ |
| 2.11 | **David W. Hall** | 1708 Honeysuckle Road<br>Raleigh, NC 27609 | **DLL Finance, LLC** | ☑ D  **2.4**<br>☐ E/F _____<br>☐ G _____ |
| 2.12 | **David W. Hall** | 1708 Honeysuckle Road<br>Raleigh, NC 27609 | **JPMorgan Chase Bank, N.A.** | ☐ D _____<br>☑ E/F  **3.21**<br>☐ G _____ |
| 2.13 | **David W. Hall** | 1708 Honeysuckle Road<br>Raleigh, NC 27609 | **SouthState Bank, N.A.** | ☑ D  **2.12**<br>☐ E/F _____<br>☐ G _____ |

Debtor   **USA RV, LLC**                                     Case number *(if known)* _____

■ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.14 **David W. Hall** | 1708 Honeysuckle Road Raleigh, NC 27609 | **Tesla** | ☐ D _____ ■ E/F __**3.35**__ ☐ G _____ |
| 2.15 **David W. Hall** | 1708 Honeysuckle Road Raleigh, NC 27609 | **Heritage Steel** | ■ D __**2.6**__ ☐ E/F _____ ☐ G _____ |
| 2.16 **David W. Hall** | 1708 Honeysuckle Road Raleigh, NC 27609 | **Heritage Steel** | ■ D __**2.7**__ ☐ E/F _____ ☐ G _____ |
| 2.17 **David W. Hall** | 1708 Honeysuckle Road Raleigh, NC 27609 | **Newfound Rentals, LLC** | ■ D __**2.10**__ ☐ E/F _____ ☐ G _____ |
| 2.18 **David W. Hall & Lauren Hall** | 1708 Honeysuckle Road Raleigh, NC 27609 | **Wake County Tax Collector** | ☐ D _____ ■ E/F __**2.3**__ ☐ G _____ |
| 2.19 **USA RV Greensboro, LLC** | 1200 East Lindsay Street Greensboro, NC 27405 | **Northpoint Commercial Finance** | ■ D __**2.11**__ ☐ E/F _____ ☐ G _____ |
| 2.20 **USA RV Greensboro, LLC** | 1200 East Lindsay Street Greensboro, NC 27405 | **SouthState Bank, N.A.** | ■ D __**2.12**__ ☐ E/F _____ ☐ G _____ |
| 2.21 **David W. Hall** | 1708 Honeysuckle Road Raleigh, NC 27609 | **Tesla** | ☐ D _____ ☐ E/F _____ ■ G __**2.21**__ |

Debtor    **USA RV, LLC**                                    Case number *(if known)* _____

| | **Additional Page to List More Codebtors** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** |
|---|---|---|

| 2.22 | **David W. Hall** | **1708 Honeysuckle Road**<br>**Raleigh, NC 27609** | **SDA, LLC** | ☐ D _____<br>☐ E/F _____<br>■ G ___**2.18**___ |
|---|---|---|---|---|

**Fill in this information to identify the case:**

Debtor name **USA RV, LLC**

United States Bankruptcy Court for the: EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy 04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1: Income

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
   |---|---|---|
   | **For prior year:** From **1/01/2023** to **12/31/2023** | ■ Operating a business<br>☐ Other _____ | **$8,911,299.33** |
   | **For year before that:** From **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other _____ | **$13,420,359.00** |
   | **For the fiscal year:** From **1/01/2021** to **12/31/2021** | ■ Operating a business<br>☐ Other _____ | **$6,584,662.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
   |---|---|---|
   | | | |

### Part 2: List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
   |---|---|---|---|

Debtor    **USA RV, LLC**                                                    Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1.    **SDA, LLC**<br>**PO Box 1238**<br>**Garner, NC 27529** | **Last three monthly rent payments.** | **$21,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other _**Premises Lease.**_ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **Sheffield Financial**<br>**A Division of Truist Bank**<br>**PO Box 25127**<br>**Winston Salem, NC 27114** | **2 golf carts, 2023 Club Car XRT and 2023 Club Car Onward HP with 4 passenger Onward Enclosure.** | 3/29/2023 | $30,000.00 |
| **JPMorgan Chase Bank, N.A.**<br>**C/O Nat'l Bankruptcy Services, LLC**<br>**PO Box 9013**<br>**Addison, TX 75001** | **2022 Chevrolet Silverado 2500.** | 4/21/2023 | $55,000.00 |

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**    Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ■ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

Debtor   __USA RV, LLC_____     Case number *(if known)* _____

■ None

| Part 4: | Certain Gifts and Charitable Contributions |
|---------|--------------------------------------------|

9.  **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

   ■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|------------------------------|-------------------------------------------|-------------|-------|

| Part 5: | Certain Losses |
|---------|----------------|

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

   ■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

| Part 6: | Certain Payments or Transfers |
|---------|-------------------------------|

11. **Payments related to bankruptcy**
   List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

   ☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | | | 2/13/23;<br>2/21/23;<br>3/16/23;<br>4/17/23;<br>4/19/23;<br>5/11/23;<br>8/7/23;<br>12/1/23 &<br>12/28/23. | |
| | **Bradford Law Offices**<br>**455 Swiftside Drive**<br>**Suite 106**<br>**Cary, NC 27512** | **$25,457.50 attorney fees + $1,738.00 filing fee.** | | **$27,195.50** |
| | **Email or website address**<br>**www.bradford-law.com** | | | |
| | **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
   List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
   Do not include transfers already listed on this statement.

   ■ None.

Debtor    **USA RV, LLC**                                                    Case number *(if known)* _____

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | **Capital Chevrolet**<br>**9820 Capital Boulevard**<br>**Wake Forest, NC 27587** | **2020 Chevrolet Silverado 2500.** | **1/20/2023** | **$44,889.05** |
| | Relationship to debtor<br>**None.** | | | |
| 13.2. | **Capital Chevrolet**<br>**9820 Capital Boulevard**<br>**Wake Forest, NC 27587** | **2019 Ford Expedition Max Platinum.**<br>**$45,550.00 value, $4,940.84 net after loan payoff to FMCC.** | **1/19/2023** | **$4,940.84** |
| | Relationship to debtor<br>**None.** | | | |

---

**Part 7:    Previous Locations**

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **8512 Capital Boulevard**<br>**Raleigh, NC 27616** | **2020 - 6/2023** |

---

**Part 8:    Health Care Bankruptcies**

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:    Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes. State the nature of the information collected and retained.

Debtor   **USA RV, LLC**                                   Case number *(if known)*

---

17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

---

**Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Fidelity Bank**<br>**PO Box 996**<br>**Fuquay Varina, NC 27526** | **XXXX-1337** | ☐ Checking<br>■ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **Closed on 2/9/2023.** | **$0.00** |
| 18.2. | **Wells Fargo Bank, N.A.**<br>**PO Box 130000**<br>**Raleigh, NC 27605** | **XXXX-7997** | ☐ Checking<br>■ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **Closed on 4/4/2023.** | **$0.00** |
| 18.3. | **Wells Fargo Bank, N.A.**<br>**PO Box 130000**<br>**Raleigh, NC 27605** | **XXXX-5988** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **Closed on 6/27/2023.** | **$0.00** |

---

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

---

**Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own**

---

Debtor    **USA RV, LLC**                                                              Case number *(if known)*

---

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

    ■ None

---

**Part 12:**   **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

    ■ No.
    ☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:**   **Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

    ■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
    26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
    ☐ None

| Name and address | Date of service From-To |
|---|---|

---

Debtor    **USA RV, LLC**                                                              Case number *(if known)*

| Name and address | Date of service From-To |
|---|---|
| 26a.1.    **C.E. Thorn, CPA, PLLC**<br>**Carson Thorn**<br>**3725 National Drive, Suite 225**<br>**Raleigh, NC 27612** | **For several years.** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

   ■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

   ☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.    **C.E. Thorn, CPA, PLLC**<br>**Carson Thorn**<br>**3725 National Drive, Suite 225**<br>**Raleigh, NC 27612** | |
| 26c.2.    **David W. Hall**<br>**1708 Honeysuckle Road**<br>**Raleigh, NC 27609** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

   ☐ None

| Name and address |
|---|
| 26d.1.    **Automotive Finance Corporation**<br>**13085 Hamilton Crossing Boulevard**<br>**Suite 300**<br>**Carmel, IN 46032-1445** |
| 26d.2.    **Northpoint Commercial Finance**<br>**1105 Lakeview Parkway**<br>**Suite 210**<br>**Alpharetta, GA 30009** |
| 26d.3.    **Wells Fargo Commercial Distribution**<br>**Finance**<br>**10 S. Wacker Drive**<br>**Chicago, IL 60606** |
| 26d.4.    **SouthState Bank, N.A.**<br>**SBA Servicing**<br>**PO Box 118068**<br>**Charleston, SC 29423** |

27. **Inventories**
   Have any inventories of the debtor's property been taken within 2 years before filing this case?

   ■ No
   ☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people**

Debtor   **USA RV, LLC**                                              Case number *(if known)*

in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **David W. Hall** | **1708 Honeysuckle Road Raleigh, NC 27609** | **Sole Member** | **100%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Lauren Hall** | **1708 Honeysuckle Road Raleigh, NC 27609** | **Vice-president.** | **0% ownership.** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **David W. Hall 1708 Honeysuckle Road Raleigh, NC 27609** | **$97,916.41** | **1/1/2023 - 12/31/2023** | **Salary, reimbursements and distributions.** |
| | **Relationship to debtor President/Sole Owner.** | | | |
| 30.2. | **Lauren Hall 1708 Honeysuckle Road Raleigh, NC 27609** | **$48,268.11** | **1/1/2023 - 12/31/2023** | **Salary.** |
| | **Relationship to debtor Vice-president** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

Debtor    **USA RV, LLC**                                    Case number *(if known)*

---

**Part 14:**  **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **January  1, 2024**

**/s/ David W. Hall**                                    **David W. Hall**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    **Member**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

B2030 (Form 2030) (12/15)

## United States Bankruptcy Court
### Eastern District of North Carolina

In re   **USA RV, LLC** _____   Case No. _____

Debtor(s)   Chapter   **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept .......................... $ _____**550.00/hr.**

   Prior to the filing of this statement I have received ............... $ _____**25,457.50**

   Balance Due ......................................................... $ _____**0.00**

2. $ __**1,738.00**__ of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ☒ Debtor       ☐ Other (specify):

4. The source of compensation to be paid to me is:

   ☒ Debtor       ☐ Other (specify):

5. ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
      **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**January  1, 2024** _____        **/s/ Danny Bradford** _____
_Date_        **Danny Bradford 23011**
        _Signature of Attorney_
        **Paul D. Bradford, PLLC**
        **455 Swiftside Drive**
        **Suite 106**
        **Cary, NC 27518-7198**
        **(919)758-8879  Fax: (919)803-0683**
        **dbradford@bradford-law.com** _____
        _Name of law firm_

---

# United States Bankruptcy Court
### Eastern District of North Carolina

In re   **USA RV, LLC** _____    Case No. _____
_____    Chapter   **11** _____
Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **David W. Hall**<br>**1708 Honeysuckle Road**<br>**Raleigh, NC 27609** | **Membership** | **100%** | **Fee** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Member** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **January  1, 2024** _____    Signature   **/s/ David W. Hall** _____
**David W. Hall**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

**United States Bankruptcy Court**
**Eastern District of North Carolina**

In re    **USA RV, LLC**                                          Case No.

                                          Debtor(s)        Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to

the best of my knowledge.

Date:    **January  1, 2024**                    **/s/ David W. Hall**

                                          **David W. Hall/Member**
                                          Signer/Title

Date:    **January  1, 2024**                    **/s/ Danny Bradford**

                                          Signature of Attorney
                                          **Danny Bradford 23011**
                                          **Paul D. Bradford, PLLC**
                                          **455 Swiftside Drive**
                                          **Suite 106**
                                          **Cary, NC 27518-7198**
                                          **(919)758-8879  Fax: (919)803-0683**

700 Credit
PO Box 101015
Pasadena, CA 91189-0003

Able Fence Builders, Inc.
PO Box 14515
Greensboro, NC 27415

Ally Financial
PO Box 380902
Minneapolis, MN 55438-0902

Automotive Finance Corporation
Attn: Duane Pittman, Rel. Manager
85 Bagley Road
Kenly, NC 27542

Bass Sox Mercer
Attorneys at Law
2822 Remington Green Circle
Tallahassee, FL 32308

Bradley Arant, Boult, Cummings, L
Truist Center, Suite 3700
214 N. Tryon Road
Charlotte, NC 28202

Brennan & Clark
721 East Madison, Suite 200
Villa Park, IL 60181

Cintas Corporation
PO Box 12359
Durham, NC 27709

Curtis Media Group
3012 Highwoods Boulevard
Suite 200
Raleigh, NC 27604

David W. Hall
1708 Honeysuckle Road
Raleigh, NC 27609

David W. Hall & Lauren Hall
1708 Honeysuckle Road
Raleigh, NC 27609

David W. Hall, Jr.
1709 Honeysuckle Road
Raleigh, NC 27609

Dealership Performance 360 CRM
25030 SW Parkway Avenue
Suite 300
Wilsonville, OR 97070

Dick Broadcasting Co., Inc.
PO Box 90011
Charlotte, NC 28290

DLL Finance, LLC
8001 Birchwood Court
PO Box 2000
Johnston, IA 50131-0020

Dominion Energy North Carolina
PO Box 100256
Charlotte, NC 28202

Double JJ Storage
11650 Cleveland Road
Garner, NC 27529

Duke Energy
PO Box 1090
Charlotte, NC 28201-1090

Dynamic Transport
2408 Eisenhower Drive North
Goshen, IN 46526-8834

Elevon
7300 Chapman Highway
Knoxville, TN 37920

Erie Insurance
100 Erie Insurance Place
Erie, PA 16530

Ford Credit
National Bankruptcy Service Center
PO Box 62180
Colorado Springs, CO 80962

Heritage Steel
3870 Statesville Boulevard
Salisbury, NC 28147

HYG Financial Services, Inc.
5000 Riverside Dr., Suite 300 East
Irving, TX 75039-4314

iHeart Media
PO Box 406372
Atlanta, GA 30384

InteractRV
3526 East Curtis Road
Midland, MI 48642

Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

Janice Rosenberg
708 Pebblebrook Drive
Raleigh, NC 27609

JPMorgan Chase
PO Box 15298
Wilmington, DE 19850-5298

JPMorgan Chase Bank, N.A.
C/O Nat'l Bankruptcy Services, LLC
PO Box 9013
Addison, TX 75001

JPMorgan Chase Ink
PO Box 15298
Wilmington, DE 19850-5298

JSD Management, Inc.
1283 College Park Drive
Dover, DE 19904-8713

Kelly Office Machines, Inc.
PO Box 790448
Saint Louis, MO 63179-0448

Kenect
1221 S. Valley Grove Way
#400
Pleasant Grove, UT 84062

Lamar Outdoor Advertising
PO Box 746966
Atlanta, GA 30374-6966

Le Bleu
6708 Westborough Drive
Raleigh, NC 27612-1886

McCarthy, Burgess & Wolff
26000 Cannon Road
Bedford, OH 44146

Motility Software Solutions, LLC
851 Trafalgar Court
#160 West
Maitland, FL 32751

NC Department of Revenue
Bankruptcy Unit
PO Box 1168
Raleigh, NC 27602-1168

Network South, Inc.
PO Box 896872
Charlotte, NC 28289-6872

Newfound Rentals, LLC
PO Box 905
Houston, TX 77001-0905

Northpoint Commercial Finance
1105 Lakeview Parkway
Suite 210
Alpharetta, GA 30009

PHMG
401 N. Michigan Ave.
Chicago, IL 60611

Protective Asset Protection
PO Box 830633
Birmingham, AL 35283-0633

Ring Central, Inc.
20 Davis Drive
Belmont, CA 94002

Sheffield Financial
A Division of Truist Bank
PO Box 25127
Winston Salem, NC 27114

Southeast Publications
2150 SW 10th Street, Suite A
Deerfield Beach, FL 33442

SouthState Bank, N.A.
SBA Servicing
PO Box 118068
Charleston, SC 29423

Spectrum Business
PO Box 70872
Charlotte, NC 28272

Square 1 Brands
464 Warm Wind Drive
Clayton, NC 27527

SSI Data, LLC
PO Box 842798
Dallas, TX 75284-2798

Tesla
45500 Freemont Boulevard
Fremont, CA 94538

Tesla
45500 Fremont Boulevard
Fremont, CA 94538

Trader Interactive, Inc.
PO Box 842032
Dallas, TX 75284-2032

Transworld Systems
500 Virginia Drive
Suite 514
Fort Washington, PA 19034

U.S. Small Business Administration
SBA Disaster Loan Servicing Center
2 North 20th Street, Suite 320
Birmingham, AL 35203

US Bank Equipment Finance
1310 Madrid Street
Marshall, MN 56258

USA RV Greensboro, LLC
1200 East Lindsay Street
Greensboro, NC 27405

Wake County Tax Collector
PO Box 2331
Raleigh, NC 27602-2331

Wells Fargo Bank, N.A.
PO Box 29482
Phoenix, AZ 85038-8650

Wells Fargo Commercial Dist. Financ
Attn: Amanda Jost, Sr. Credit Risk
5595 Trillium Boulevard
Hoffman Estates, IL 60192

WRAL Digital
PO Box 948140
Atlanta, GA 30394-8140

Xerox Financial Services
PO Box 202882
Dallas, TX 75320-2882

# United States Bankruptcy Court
## Eastern District of North Carolina

In re    **USA RV, LLC**

Debtor(s)

Case No.

Chapter    **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for    **USA RV, LLC**    in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**David W. Hall**
**1708 Honeysuckle Road**
**Raleigh, NC 27609**

☐ None [*Check if applicable*]

**January  1, 2024**

Date

**/s/ Danny Bradford**

**Danny Bradford 23011**

Signature of Attorney or Litigant

Counsel for    **USA RV, LLC**

**Paul D. Bradford, PLLC**
**455 Swiftside Drive**
**Suite 106**
**Cary, NC 27518-7198**
**(919)758-8879 Fax:(919)803-0683**
**dbradford@bradford-law.com**